FILED: July 21, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4060
(3:13-cr-00293-MOC-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JERONZA THORNE

      Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1010 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk